JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*National Consumer Telecom & Utilities Exchange, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MOLINARO,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.,<br><br>Defendant. | Case No. 2:21-cv-01948-JCM-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from November 18, 2021 through and including **December 20, 2021**.  The request was made by NCTUE so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 18TH day of November, 2021.

CLARK HILL PLLC

By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

**No opposition**

By: /s/*David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: November 19, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 18TH day of November, 2021, via CM/ECF, upon all counsel of record:

By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com