Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
         kbarlow@greeneinfusolaw.com

Attorneys for Defendant
National Consumer Telecom & Utilities Exchange, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MOLINARO,<br><br>                                          Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC,<br><br>                                          Defendant. | Case No. 2:21-cv-01948-JCM-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

    Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff James Molinaro ("Plaintiff" or "Molinaro"), by and through his counsel of record, the law firm of Krieger Law Group, LLC, hereby stipulate and agree as follows:

    WHEREAS, Plaintiff filed its Complaint on October 22, 202;

    WHEREAS, Defendant NCTUE'S deadline to respond to Plaintiff's Complaint is December 20, 2021;

    WHEREAS, due to the recent retention of counsel and the parties' efforts to resolve this matter without the need for further litigation, Plaintiff has agreed to give Defendant NCTUE up through and including January 7, 2022 in which to respond to Plaintiff's Complaint;

1

1    WHEREAS, there are no other deadlines that are affected by this stipulation that are

2    presently known to the parties; and

3    WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

4    THEREFORE, Plaintiff and NCTUE hereby stipulate and agree that NCTUE may have up

5    through January 7, 2022 in which to respond to Plaintiff's Complaint.

6

7    Respectfully Submitted by:                    Approved by:

8    **GREENE INFUSO, LLP**                        **KRIEGER LAW GROUP, LLC**

9

10   /s/ Michael V. Infuso                         /s/ Shawn Miller, Esq.
     Michael V. Infuso, Esq.                       David Krieger, Esq.

11   Nevada Bar No. 7388                           Nevada Bar No. 9086
     Keith W. Barlow, Esq.                         Shawn Miller, Esq.

12   Nevada Bar No. 12689                          Nevada Bar No. 7825
     3030 South Jones Blvd. Suite 101              2850 W. Horizon Ridge Pkwy

13   Las Vegas, Nevada 89146                       Suite 200
                                                   Henderson, Nevada 89052

14

15                                **O R D E R**
                     IT IS ORDERED that ECF No. 11 is DENIED without

16                   prejudice under Local Rule IA 6-1(a), which provides,
                     in part, "A request made after the expiration of the

17                   specified period will not be granted unless the
                     movant or attorney demonstrates that the failure to

18                   file the motion before the deadline expired was the
                     result of excusable neglect."

19

20                            **IT IS SO ORDERED**

                              **DATED:** 11:42 am, December 27, 2021
21

22                            **BRENDA WEKSLER**
                              **UNITED STATES MAGISTRATE JUDGE**

23

24

25

26

27

28

                                        2